# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRANS1, LLC,<br>    **Plaintiff,**<br><br>    v.<br><br>BLUE CROSS BLUE SHIELD ASSOCIATION,<br>BLUE CROSS AND BLUE SHIELD OF ALABAMA,<br>PREMERA BLUE CROSS, doing business as "PREMERA BLUE CROSS AND BLUE SHIELD OF ALASKA,"<br>BLUE CROSS BLUE SHIELD OF ARIZONA, INC.,<br>USABLE MUTUAL INSURANCE COMPANY, doing business as "ARKANSAS BLUE CROSS AND BLUE SHIELD,"<br>BLUE CROSS OF CALIFORNIA, doing business as "ANTHEM BLUE CROSS,"<br>BLUE SHIELD OF CALIFORNIA,<br>ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE, INC., doing business as "ANTHEM BLUE CROSS AND BLUE SHIELD COLORADO,"<br>ANTHEM HEALTH PLANS, INC., doing business as "ANTHEM BLUE CROSS AND BLUE SHIELD OF CONNECTICUT,"<br>HIGHMARK BCBSD INC., doing business as "HIGHMARK BLUE CROSS BLUE SHIELD DELAWARE,"<br>CAREFIRST OF MARYLAND, INC., doing business as "CAREFIRST BLUECROSS BLUESHIELD,"<br>GROUP HOSPITALIZATION AND MEDICAL SERVICES INC., doing business as "CAREFIRST BLUECROSS BLUESHIELD,"<br>BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., doing business as "FLORIDA BLUE,"<br>TRIPLE-S MANAGEMENT | CIVIL ACTION<br><br><br><br>NO.  25-1422 |

CORPORATION, doing business as "BLUECROSS BLUESHIELD OF PUERTO RICO,"
BLUE CROSS BLUE SHIELD HEALTHCARE PLAN OF GEORGIA, INC., doing business as "ANTHEM BLUE CROSS AND BLUE SHIELD OF GEORGIA,"
HAWAII MEDICAL SERVICE ASSOCIATION, doing business as "BLUE CROSS AND BLUE SHIELD OF HAWAII,"
BLUE CROSS OF IDAHO HEALTH SERVICE, INC., doing business as "BLUE CROSS OF IDAHO,"
REGENCE BLUESHIELD OF IDAHO, INC.,
HEALTH CARE SERVICE CORPORATION, doing business as "BLUE CROSS AND BLUE SHIELD OF ILLINOIS,"
ANTHEM INSURANCE COMPANY, INC., doing business as "ANTHEM BLUE CROSS AND BLUE SHIELD INDIANA,"
WELLMARK, INC., doing business as "WELLMARK BLUE CROSS AND BLUE SHIELD OF IOWA,"
BLUE CROSS AND BLUE SHIELD OF KANSAS, INC.,
ANTHEM HEALTH PLANDS OF KENTUCKY, INC., doing business as "ANTHEM BLUE CROSS AND BLUE SHIELD KENTUCKY,"
LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY, doing business as "BLUE CROSS AND BLUE SHIELD OF LOUISIANA,"
ANTHEM HEALTH PLANS OF MAINE, INC., doing business as "ANTHEM BLUE CROSS AND BLUE SHIELD MAINE,"
BLUE CROSS BLUE SHIELD OF MASSACHUSETTS, INC.,
BLUE CROSS BLUE SHIELD OF MICHIGAN MUTUAL INSURANCE COMPANY, doing business as "BLUE CROSS BLUE SHIELD OF MICHIGAN,"

2

**BDBSM, INC., doing business as "BLUE CROSS AND BLUE SHIELD OF MINNESOTA,"**
**BLUE CROSS & BLUE SHIELD OF MISSISSIPPI, doing business as "BLUE CROSS & BLUE SHIELD OF MISSISSIPPI,"**
**HEALTHY ALLIANCE LIFE INSURANCE COMPANY, doing business as "ANTHEM BLUE CROSS AND BLUE SHIELD MISSOURI,"**
**HOM MISSOURI, INC., doing business as "ANTHEM BLUE CROSS AND BLUE SHIELD MISSOURI,"**
**BLUE CROSS AND BLUE SHIELD OF KANSAS CITY,**
**HCSC, doing business as "BLUE CROSS AND BLUE SHIELD OF MONTANA,"**
**BLUE CROSS AND BLUE SHIELD OF NEBRASKA, INC.,**
**COMMUNITY CARE HEALTH PLAN OF NEVADA, INC., doing business as "ANTHEM BLUE CROSS AND BLUE SHIELD NEVADA,"**
**ANTHEM HEALTH PLANS OF NEW HAMPSHIRE, INC., doing business as "ANTHEM BLUE CROSS AND BLUE SHIELD NEW HAMPSHIRE,"**
**HORIZON HEALTHCARE SERVICES, INC., doing business as "HORIZON BLUE CROSS AND BLUE SHIELD OF NEW JERSEY,"**
**HCSC, doing business as "BLUE CROSS AND BLUE SHIELD OF NEW MEXICO,"**
**ANTHEM HEALTHCHOICE ASSURANCE, INC., doing business as "ANTHEM BLUE CROSS" and "ANTHEM BLUE CROSS AND BLUE SHIELD," formerly known as "EMPIRE HEALTHCHOICE ASSURANCE, INC.,"**
**HIGHMARK WESTERN AND NORTHEASTERN NEW YORK INC., doing business as "HIGHMARK BLUE CROSS BLUE SHIELD OF WESTERN NEW YORK" and "HIGHMARK BLUE SHIELD OF NORTHEASTERN NEW**

3

YORK,"
EXCELLUS HEALTH PLAN, INC., doing business as "EXCELLUS BLUECROSS BLUESHIELD,"
BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA,
BLUE CROSS AND BLUE SHIELD OF NORTH DAKOTA,
COMMUNITY INSURANCE COMPANY, doing business as "ANTHEM BLUE CROSS AND BLUE SHILED OHIO,"
HCSC, doing business as "BLUE CROSS AND BLUE SHIELD OF OKLAHOMA,"
REGENCE BLUECROSS BLUESHIELD OF OREGON,
CAPITAL BLUE CROSS,
HIGHMARK INC., doing business as "HIGHMARK BLUE SHIELD" and "HIGHMARK BLUE CROSS BLUE SHIELD,"
INDEPENDENCE BLUE CROSS, doing business as "INDEPENDENCE BLUE CROSS,"
BLUE CROSS & BLUE SHIELD OF RHODE ISLAND,
BLUE CROSS AND BLUE SHIELD OF SHOUTH CAROLINA,
WELLMARK OF SOUTH DAKOTA, INC., doing business as "WELLMARK BLUE CROSS AND BLUE SHIELD,"
BLUECROSS BLUESHIELD OF TENNESSEE, INC.,
HCSC, doing business as "BLUE CROSS BLUE SHIELD OF TEXAS,"
REGENCE BLUECROSS BLUESHIELD OF UTAH,
BLUE CROSS AND BLUE SHIELD OF VERMONT,
ANTHEM HEALTH PLANS OF VIRGINIA, INC., doing business as "ANTHEM BLUE CROSS AND BLUE SHIELD VIRGINIA,"
PREMERA BLUE CROSS,
REGENCE BLUE SHIELD,
HIGHMARK WEST VIRGINIA INC., doing business as "HIGHMARK BLUE

**CROSS BLUE SHIELD WEST VIRGINIA,"**
**BLUE CROSS BLUE SHIELD OF WISCONSIN, doing business as "ANTHEM BLUE CROSS AND BLUE SHIELD OF WISCONSIN," and**
**BLUE CROSS & BLUE SHIELD OF WYOMING,**
                **Defendants.**

# O R D E R

**AND NOW**, this 29th day of April, 2025, upon consideration of the Motions for *Pro Hac Vice* admission of Craig A. Hoover, Esquire (ECF 76) and Justin W. Bernick, Esquire (ECF 77), the filing fees having been paid, **IT IS ORDERED** that Motions for *Pro Hac Vice* admission of Craig A. Hoover, Esquire (ECF 76) and Justin W. Bernick, Esquire (ECF 77), are **GRANTED** pursuant to Local Rule of Civil Procedure 83.5.2(b).[1]

                **BY THE COURT:**

                **/s/ Hon. Kelley B. Hodge**
                _____
                **HODGE, KELLEY B., J.**

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.